UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BAYERISCHE MOTOREN WERKE AG, AND ROBERT BOSCH GMBH,<br><br>Plaintiffs,<br><br>v.<br><br>FORAS TECHNOLOGIES LTD.,<br><br>Defendant. | Case No. 1:24-cv-00363<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiff Foras Technologies Limited certifies that there is no parent corporation and that no publicly held corporation owns 10 percent or more of the interest in Foras Technologies Limited.

                                          Respectfully submitted,

                                          Foras Technologies Limited
                                          By Counsel

Dated: May 24, 2024

*/s/ /Michael K. Kim*

Michael K. Kim (VSB No. 82922)
Blankingship & Keith, P.C.
4020 University Drive, Suite 300
Fairfax, Virginia 22030
Tel: (703) 691-1235
Fax: (703) 691-3913
mkim@bklawva.com

Brett E. Cooper (NY SBN 4011011) (*pro hac vice forthcoming*)
**BC LAW GROUP, P.C.**
200 Madison Avenue, 24th Floor
New York, NY 10016
Tel.: (212) 951-0100
Fax: (646) 293-2201
bcooper@bclgpc.com

*Attorneys for Defendant Foras Technologies Limited*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

*/s/ Michael K. Kim*