**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

|  |  |
|---|---|
| BAYERISCHE MOTOREN WERKE AG, et al., | |
| Plaintiffs, | Case No. 1:24-cv-00363-LMB-WEF |
| v. | JURY TRIAL DEMANDED |
| FORAS TECHNOLOGIES LTD., | |
| Defendant. | |

**PLAINTIFF ROBERT BOSCH GMBH'S**
**OPPOSED MOTION TO SEVER AND STAY**

Plaintiff Robert Bosch GmbH hereby moves to sever Defendant Foras Technologies Ltd.'s allegations of infringement as to U.S. Patent No. 7,502,958 ("the '958 patent") from its allegations of infringement as to U.S. Patent Nos. 7,627,781 and 7,624,302 and to stay those severed allegations pending review by the United States Patent and Trademark Office of the '958 patent. The reasons for granting this Motion are elaborated in the accompanying brief, and accordingly, this Motion to Sever and Stay should be granted and the attached Proposed Order entered.

1

Dated: June 28, 2024

Respectfully submitted,

*/s/Lionel M. Lavenue*

Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

*Attorney for Plaintiff*
*Robert Bosch GmbH*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2024, I caused the foregoing **PLAINTIFF ROBERT BOSCH GMBH'S OPPOSED MOTION TO SEVER AND STAY** to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/Lionel M. Lavenue*
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

*Attorney for Plaintiff*
*Robert Bosch GmbH*

**CERTIFICATE OF CONFERENCE**

On the 3rd day of June, 2024, counsel for Plaintiff Robert Bosch GmbH conferred with counsel for Defendant Foras Technologies Ltd. concerning the relief sought in this Motion, and was advised that Foras opposed this Motion.

*/s/Lionel M. Lavenue*
Lionel M. Lavenue
Virginia Bar No. 49,005
lionel.lavenue@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
1875 Explorer Street, Suite 800
Reston, VA 20190
Phone: (571) 203-2700
Fax: (202) 408-4400

*Attorney for Plaintiff*
*Robert Bosch GmbH*